IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:01CR263-1 |
| | : | |
| JARED BRUTON | : | |

MOTION FOR EXTENSION OF TIME

NOW COMES the United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and files this motion for extension of time of twenty-one (21) days within which to file the government's response to the Defendant's filing pursuant to Section 404 of the First Step Act. In support of this motion, the government states as follows:

1. The government's response herein is due March 4, 2021.

2. During the pendency of this response, the government has handled numerous responses to compassionate release motions in connection with the global COVID-19 pandemic. In February 2021, the government filed thirty-five (35) compassionate release responses. So far in the month of March 2021, six (6) compassionate release responses have been filed, and twelve (12) more responses are also due in March 2021.

3. In light of the foregoing, government is in need of additional time to prepare its response herein.

4. Counsel for Defendant, Eric D. Placke, Esq., does not object to this request.

WHEREFORE, the United States respectfully requests a 21-day extension of time, until March 25, 2021, within which to prepare and file its response.

This the 4th day of March, 2021.

Respectfully submitted,

SANDRA J. HAIRSTON
Acting United States Attorney

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB #11662
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27402
Phone: 336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify the following CM/ECF user:

Eric D. Placke, Esq.

/S/ ANGELA H. MILLER
Assistant United States Attorney
SCSB #11662
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27402
Phone: 336/333-5351